UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
CLERK'S OFFICE - CALENDAR UNIT

**NOTICE OF RELATED CASES**

Re: 21-35567  Chong  Yim v. City of Seattle
21-35815  Brian  Tingley v. Robert Ferguson
21-35856

    The above cases are being assigned to the same panel in **Seattle, Washington**, during the month of **May 2022** because the cases involve related issues concerning allegations of First Amendment violations arising from laws concerning professional or commercial speech.

    The cases are not consolidated for oral argument, though counsel may wish to confer in order to enhance oral argument.

    If you have questions, please contact the Calendar Unit at (415) 355-8190.

| | |
|---|---|
| CHONG YIM<br>    Plaintiff − Appellant, | Ethan Blevins<br>Direct: 916−419−7111<br>Email: ewb@pacificlegal.org<br>Fax: 916−419−7747<br>[COR LD NTC Retained]<br>Pacific Legal Foundation<br>555 Capitol Mall<br>Suite 1290<br>Sacramento, CA 95814<br><br>Brian T. Hodges, Attorney<br>Direct: 425−576−0484<br>Email: bth@pacificlegal.org<br>Fax: 425−576−9565<br>[COR LD NTC Retained]<br>Pacific Legal Foundation<br>Suite 210<br>10940 NE 33rd Place<br>Bellevue, WA 98004 |
| MARILYN YIM<br>    Plaintiff − Appellant, | Ethan Blevins<br>Direct: 916−419−7111<br>[COR LD NTC Retained]<br>(see above)<br><br>Brian T. Hodges, Attorney<br>Direct: 425−576−0484<br>[COR LD NTC Retained]<br>(see above) |
| KELLY LYLES<br>    Plaintiff − Appellant, | Ethan Blevins<br>Direct: 916−419−7111<br>[COR LD NTC Retained]<br>(see above)<br><br>Brian T. Hodges, Attorney<br>Direct: 425−576−0484<br>[COR LD NTC Retained]<br>(see above) |
| EILEEN, LLC<br>    Plaintiff − Appellant, | Ethan Blevins<br>Direct: 916−419−7111<br>[COR LD NTC Retained]<br>(see above)<br><br>Brian T. Hodges, Attorney<br>Direct: 425−576−0484<br>[COR LD NTC Retained]<br>(see above) |

| | |
|---|---|
| RENTAL HOUSING ASSOCIATION OF WASHINGTON<br>        Plaintiff − Appellant, | Ethan Blevins<br>Direct: 916−419−7111<br>[COR LD NTC Retained]<br>(see above) |
| | Brian T. Hodges, Attorney<br>Direct: 425−576−0484<br>[COR LD NTC Retained]<br>(see above) |
| v. | |
| CITY OF SEATTLE, a Washington municipal corporation<br>        Defendant − Appellee, | Jessica L. Goldman, Counsel<br>Direct: 206−676−7000<br>Email: jessicag@summitlaw.com<br>[COR LD NTC Retained]<br>Summit Law Group<br>Firm: 206−676−7000<br>315 Fifth Avenue South<br>Suite 1000<br>Seattle, WA 98104−2682 |
| | Sara Kate O'Connor−Kriss, Attorney<br>Direct: 206−615−0788<br>Email: sara.oconnor−kriss@seattle.gov<br>Fax: 206−684−8284<br>[COR LD NTC Deputy City Attorney]<br>Seattle City Attorney's Office<br>Civil<br>701 Fifth Avenue<br>Suite 2050<br>Seattle, WA 98104−7095 |
| | Roger Douglas Wynne, Attorney<br>Direct: 206−233−2177<br>Email: roger.wynne@seattle.gov<br>Fax: 206−684−8284<br>[COR LD NTC Deputy City Attorney]<br>Seattle City Attorney's Office<br>Civil<br>701 Fifth Avenue<br>Suite 2050<br>Seattle, WA 98104−7095 |

------------------------------

| | |
|---|---|
| CATO INSTITUTE<br>        Amicus Curiae, | Ilya Shapiro<br>Direct: 202−842−0200<br>Email: ishapiro@cato.org<br>[COR LD NTC Retained]<br>Cato Institute<br>Firm: 202−218−4600 |

| | |
|---|---|
| | 1000 Massachusetts Avenue, NW<br>Washington, DC 20001 |
| GRE DOWNTOWNER LLC<br>    Amicus Curiae, | Jill D. Bowman, Attorney<br>Direct: 206−624−0900<br>Email: jill.bowman@stoel.com<br>Fax: 206−386−7500<br>[COR LD NTC Retained]<br>Stoel Rives LLP<br>600 University Street<br>Suite 3600<br>Seattle, WA 98101 |
| CONSUMER DATA INDUSTRY ASSOCIATION<br>    Amicus Curiae, | Jennifer Sarvadi, Attorney<br>Direct: 202−715−2002<br>Email: jsarvadi@hudco.com<br>[COR LD NTC Retained]<br>Hudson Cook, LLP<br>1909 K Street, NW<br>4th Floor<br>Washington, DC 20006 |
| PROFESSIONAL BACKGROUND SCREENING ASSOCIATION<br>    Amicus Curiae, | Jennifer Sarvadi, Attorney<br>Direct: 202−715−2002<br>[COR LD NTC Retained]<br>(see above) |

| | |
|---|---|
| BRIAN TINGLEY<br>     Plaintiff − Appellant, | Roger Greenwood Brooks<br>Direct: 480−444−0020<br>Email: rbrooks@adflegal.org<br>[COR LD NTC Retained]<br>Alliance Defending Freedom<br>Firm: 480−444−0020<br>15100 N 90th Street<br>Scottsdale, AZ 85260<br><br>David Andrew Cortman, Senior Counsel<br>Direct: 770−339−0774<br>Email: dcortman@adflegal.org<br>Fax: 770−339−6744<br>[COR LD NTC Retained]<br>Alliance Defending Freedom<br>Suite 1100<br>Firm: 770−339−0774<br>1000 Hurricane Shoals Road, NE<br>Suite D1100<br>Lawrenceville, GA 30043<br><br>Kristen K. Waggoner, Attorney<br>Direct: 202−393−8690<br>Email: kwaggoner@adflegal.org<br>Fax: 480−444−0028<br>[COR LD NTC Retained]<br>Alliance Defending Freedom<br>440 1st Street, NW<br>Suite 600<br>Washington, DC 20001<br><br>Cody S. Barnett<br>Direct: 571−707−4655<br>Email: cbarnett@adflegal.org<br>[COR NTC Retained]<br>Alliance Defending Freedom<br>44180 Riverside Parkway<br>Lansdowne, VA 20176<br><br>John J. Bursch, Attorney<br>Direct: 616−450−4235<br>Email: jbursch@burschlaw.com<br>[COR NTC Retained]<br>Bursch Law PLLC<br>9339 Cherry Valley SE<br>Suite 78<br>Caledonia, MI 49316 |
| v. | |
| ROBERT W. FERGUSON, in his official capacity as Attorney General for the State of Washington | Kristin Beneski, Attorney<br>Direct: 206−464−7459 |

|  |  |
|---|---|
| Defendant - Appellee, | Email: kristin.beneski@atg.wa.gov<br>[COR LD NTC Dep State Aty Gen]<br>AGWA - OFFICE OF THE WASHINGTON ATTORNEY GENERAL (SEATTLE)<br>800 5th Avenue<br>Suite 2000<br>Seattle, WA 98104-3188<br><br>Jeffrey C. Grant<br>Direct: 206-332-7099<br>Email: Jeffrey.Grant@atg.wa.gov<br>[COR LD NTC Dep State Aty Gen]<br>AGWA - OFFICE OF THE WASHINGTON ATTORNEY GENERAL (SEATTLE)<br>800 5th Avenue<br>Suite 2000<br>Seattle, WA 98104-3188<br><br>Cristina Sepe, Assistant Attorney General<br>Direct: 206-342-6409<br>Email: cristina.sepe@atg.wa.gov<br>[COR LD NTC Dep State Aty Gen]<br>AGWA - OFFICE OF THE WASHINGTON ATTORNEY GENERAL (SEATTLE)<br>800 5th Avenue<br>Suite 2000<br>Seattle, WA 98104-3188<br><br>Sierra McWilliams<br>Direct: 360-586-5107<br>Email: sierram@atg.wa.gov<br>Fax: 360-586-3564<br>[COR NTC Dep State Aty Gen]<br>AGWA - OFFICE OF THE WASHINGTON ATTORNEY GENERAL (OLYMPIA)<br>7141 Cleanwater Drive SW<br>Olympia, WA 98504 |
| UMAIR A. SHAH, in his official capacity as Secretary of Health for the State of Washington<br>Defendant - Appellee, | Kristin Beneski, Attorney<br>Direct: 206-464-7459<br>[COR LD NTC Dep State Aty Gen]<br>(see above)<br><br>Jeffrey C. Grant<br>Direct: 206-332-7099<br>[COR LD NTC Dep State Aty Gen]<br>(see above)<br><br>Cristina Sepe, Assistant Attorney General<br>Direct: 206-342-6409<br>[COR LD NTC Dep State Aty Gen]<br>(see above) |

|  |  |
|---|---|
|  | Sierra McWilliams<br>Direct: 360-586-5107<br>[COR NTC Dep State Aty Gen]<br>(see above) |
| KRISTIN PETERSON, in her official capacity as Assistant Secretary of the Health Systems Quality Assurance division of the Washington State Department of Health<br>    Defendant - Appellee, | Kristin Beneski, Attorney<br>Direct: 206-464-7459<br>[COR LD NTC Dep State Aty Gen]<br>(see above) |
|  | Jeffrey C. Grant<br>Direct: 206-332-7099<br>[COR LD NTC Dep State Aty Gen]<br>(see above) |
|  | Cristina Sepe, Assistant Attorney General<br>Direct: 206-342-6409<br>[COR LD NTC Dep State Aty Gen]<br>(see above) |
|  | Sierra McWilliams<br>Direct: 360-586-5107<br>[COR NTC Dep State Aty Gen]<br>(see above) |
| EQUAL RIGHTS WASHINGTON<br>    Intervenor-Defendant - Appellee, | Shannon Price Minter, Esquire, Legal Director<br>Direct: 415-365-1310<br>Email: SMinter@nclrights.org<br>[COR LD NTC Retained]<br>National Center for Lesbian Rights<br>870 Market Street<br>Suite 370<br>San Francisco, CA 94102 |
|  | Christopher Stoll<br>Direct: 415-365-1320<br>Email: CStoll@nclrights.org<br>[COR LD NTC Retained]<br>National Center for Lesbian Rights<br>870 Market Street<br>Suite 370<br>San Francisco, CA 94102 |
| _____ |  |
| INSTITUTE FOR FAITH AND FAMILY<br>    Amicus Curiae, | Deborah Jane Dewart, Attorney<br>Direct: 910-326-4554<br>Email: lawyerdeborah@outlook.com<br>[COR LD NTC Retained]<br>Deborah J. Dewart, Attorney at Law<br>Firm: 910-326-4554 |

|  |  |
|---|---|
|  | 111 Magnolia Lane<br>Hubert, NC 28539 |
| THE ETHICS AND PUBLIC POLICY CENTER<br>　　　Amicus Curiae, | Charles S. LiMandri, Attorney<br>Direct: 858−759−9930<br>Email: climandri@limandri.com<br>Fax: 858−759−9938<br>[COR LD NTC Retained]<br>LAW OFFICES OF CHARLES S. LIMANDRI<br>P.O. Box 9120<br>Rancho Santa Fe, CA 92067 |
| INSTITUTE FOR JUSTICE<br>　　　Amicus Curiae, | Paul Sherman, Attorney<br>Direct: 703−682−9320<br>Email: psherman@ij.org<br>[COR LD NTC Retained]<br>Institute for Justice<br>901 N Glebe Road<br>Suite 900<br>Arlington, VA 22203 |
| THE TREVOR PROJECT, INC.<br>　　　Amicus Curiae, | Shireen Barday<br>Direct: 212−351−4000<br>Email: sbarday@gibsondunn.com<br>Fax: 212−351−4035<br>[COR LD NTC Retained]<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue<br>New York, NY 10166−0193 |
| AMERICAN FOUNDATION FOR SUICIDE PREVENTION<br>　　　Amicus Curiae, | Shireen Barday<br>Direct: 212−351−4000<br>[COR LD NTC Retained]<br>(see above) |
| AMERICAN ASSOCIATION OF SUICIDOLOGY<br>　　　Amicus Curiae, | Shireen Barday<br>Direct: 212−351−4000<br>[COR LD NTC Retained]<br>(see above) |
| AMERICAN PSYCHOLOGICAL ASSOCIATION<br>　　　Amicus Curiae, | Tassity Johnson<br>Direct: 202−637−6303<br>Email: tjohnson@jenner.com<br>[COR LD NTC Retained]<br>Jenner & Block, LLP<br>Firm: 202−639−6000<br>1099 New York Avenue, NW<br>Suite 900<br>Washington, DC 20001−4412 |

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON, and OTHER ORGANIZATIONS<br>      Amicus Curiae, | Daniel Shih<br>Direct: 206−516−3880<br>Email: dshih@susmangodfrey.com<br>[COR LD NTC Retained]<br>Susman Godfrey LLP<br>Suite 3800<br>1201 Third Avenue<br>Seattle, WA 98101 |
| FRED T. KOREMATSU CENTER FOR LAW AND EQUALITY<br>      Amicus Curiae, | Paul Rugani<br>Direct: 206−839−4300<br>Email: prugani@orrick.com<br>Fax: 206−839−4301<br>[COR LD NTC Retained]<br>Orrick, Herrington & Sutcliffe, LLP<br>701 5th Avenue<br>Suite 5600<br>Seattle, WA 98104−7097 |
| AOKI CENTER FOR CRITICAL RACE AND NATION STUDIES<br>      Amicus Curiae, | Paul Rugani<br>Direct: 206−839−4300<br>[COR LD NTC Retained]<br>(see above) |
| CENTER ON RACE, INEQUALITY, AND THE LAW AT NEW YORK UNIVERSITY SCHOOL OF LAW<br>      Amicus Curiae, | Paul Rugani<br>Direct: 206−839−4300<br>[COR LD NTC Retained]<br>(see above) |
| THE LOYOLA LAW SCHOOL ANTI−RACISM CENTER<br>      Amicus Curiae, | Paul Rugani<br>Direct: 206−839−4300<br>[COR LD NTC Retained]<br>(see above) |
| FIRST AMENDMENT SCHOLARS, ALAN E. BROWNSTEIN, ERWIN CHEMERINSKY, and BRIAN SOUCEK<br>      Amicus Curiae, | Sean M. SeLegue<br>Direct: 415−471−3169<br>Email: sean.selegue@arnoldporter.com<br>Fax: 415−471−3400<br>[COR LD NTC Retained]<br>Arnold & Porter Kaye Scholer, LLP<br>Three Embarcadero Center<br>10th Floor<br>San Francisco, CA 94111−4024 |